**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rashundria J. BURKES, a/k/a Roe, Defendant–Appellant.**

**No. 13–7153.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2013.

Decided: Nov. 26, 2013.

Rashundria J. Burkes, Appellant Pro Se. Robert Frank Daley, Jr., Jimmie Ewing, Mark C. Moore, Stanley D. Ragsdale, Assistant United States Attorneys, Columbia, South Carolina; Carrie Fisher Sherard, Assistant United States Attorney, Andrew Burke Moorman, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rashundria J. Burkes seeks to appeal the district court's orders denying relief on her 28 U.S.C.A. § 2255 (West Supp.2013) motion and denying her motion for reconsideration. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district

court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the record and conclude that Burkes has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*